**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02685-AP

LISA A. WOLFARD,

Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.**      **APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Bruce C. Bernstein, P.C.<br>Bruce C. Bernstein<br>1828 Clarkson Street, Suite 100<br>Denver, CO 80218<br>303-830-2300<br>bbernstein@qwestoffice.net | TROY A. EID<br>United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

   **A. Date Complaint Was Filed:** 12/26/07
   **B. Date Complaint Was Served on U.S. Attorney's Office:** 1/14/08
   **C. Date Answer and Administrative Record Were Filed:** 3/10/08

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Upon preliminary review, the parties agree that the Administrative record appears to be complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff states that she will be submitting additional evidence to Defendant (medical records which have been ordered but not yet received).

Defendant reserves the right to respond and address the relevancy of any additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that they are not aware of any unusual claims or defenses in this case.

**7. OTHER MATTERS**

The parties state that there are no other matters at the time.

**8. BRIEFING SCHEDULE**

   **A. Plaintiffs Opening Brief Due:**   May 9, 2008
   **B. Defendant's Response Brief Due:**   June 16, 2008
   **C. Plaintiffs Reply Brief (If Any) Due:**   June 30, 2008

9.   **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiffs Statement:** This matter will be addressed in Plaintiff's Reply Brief.
   B. **Defendant's Statement:** Defendant does not request oral argument

10.   **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11.   **OTHER MATTERS**

   THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12.   **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

   The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

   DATED this 31st day of March, 2008.

                                        BY THE COURT:


                                        *s/John L. Kane*
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| s/ Bruce C. Bernstein, P.C. 3/28/08<br>Bruce C. Bernstein, P.C.<br>Bruce C. Bernstein<br>1828 Clarkson Street, Suite 100<br>Denver, CO 80218<br>303-830-2300<br>bbernstein@qwestoffice.net | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>s/ Debra J. Meachum 3/28/08<br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>Debra.meachum@ssa.gov |