UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02685-JLK

**LISA A. WOLFARD,** Plaintiff,
vs.

**MICHAEL J. ASTRUE,** Commissioner of Social Security,
Defendant.

---

### ORDER GRANTING
### PLAINTIFF'S UNOPPOSED MOTION TO SUSPEND BRIEFING SCHEDULE
### AND
### SETTING REPLY DATE FOR OTHER PENDING MOTIONS

---

The Court, having reviewed Plaintiff's Unopposed Motion To Suspend Briefing Schedule as well as Paragraph 5 of Plaintiff's Motion To Remand and Paragraph 12 of Plaintiff's Motion To Supplement Record

ORDERS:

1. The briefing schedule herein is suspended pending further order of court.

2. Defendant is granted until 6/16/08 in which to file any desired reply to Plaintiff's Motion To Remand and/or to Plaintiff's Motion To Supplement Record.

Dated: May 12, 2008

BY THE COURT:

John L. Kane
United States District Court Judge