IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2685-AP**

**LISA A. WOLFARD,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

    Defendant.

## ORDER

Kane, J.

  Plaintiff's Motion to Supplement the Record (doc. #12) and Plaintiff's Motion to Remand (doc. #13), both filed May 8, 2008, are **DENIED**. Plaintiff may submit her additional evidence with the opening brief. Plaintiff's opening brief is due July 17, 2008; response brief is due August 22, 2008; reply brief (if any) is due September 5, 2008.

  Dated this 17th day of June, 2008.

            BY THE COURT:

            *S/John L. Kane*
            John L. Kane, Senior Judge
            United States District Court